UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ASHLEY EVANS, individually and on behalf of all others similarly situated,

                               Plaintiffs,          24-CV-8761 (VEC)

        -against-                            <u>ORDER</u>

MACY'S, INC.,

                               Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 21, 2025, the parties appeared for an initial pretrial conference.

      IT IS HEREBY ORDERED that the parties must complete discovery as to the individual Plaintiff's claims before proceeding to class-wide discovery. Not later than **Friday, February 28, 2025**, the parties must meet and confer and file a proposed case management plan for discovery as to the individual Plaintiff. If the parties cannot agree on a proposed case management plan, they must file a joint letter outlining their respective positions and proposed deadlines.

**SO ORDERED.**

**Date: February 21, 2025**
**New York, New York**

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**