**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ASHLEY EVANS, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

MACY'S, INC.,

Defendant.

Case No. 1:24-CV-08761-VEC

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b), and upon its supporting memorandum of law and all other papers and prior proceedings in this matter, and any argument that may be heard, Defendant Macy's, Inc., by and through its undersigned counsel, moves this Court before the Honorable Valerie E. Caproni, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order dismissing the complaint in this action with prejudice, and granting Macy's, Inc. such other and further relief as the Court deems just and proper.

Dated: February 24, 2025

**Cozen O'Connor**

By: */s/ Max E. Kaplan*

Max E. Kaplan
One Liberty Square
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-4682
Facsimile: (215) 701-2282
Email: mkaplan@cozen.com

Chad D. Silker
Katharine F. Lessaris
Macy's Law Department
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
Telephone: (314) 342-6379
Facsimile: (314) 342-6452
Chad.Silker@macys.com
kate.lessaris@macys.com

*Counsel for Defendant Macy's, Inc.*